No. 01–8216. SNOW v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8218. ELEM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–8219. BETHLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8223. HERNANDEZ-CASTILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8225. FLORES-MONTOYA, AKA FLORES, AKA MONTOYA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8231. MONTGOMERY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 01–8232. CERVANTES-CHAVEZ v. UNITED STATES; CHICO-NAJERA v. UNITED STATES; DE LA ROSA-VARGAS v. UNITED STATES; HERNANDEZ-SALAZAR v. UNITED STATES; OLIVARES-AGUIRRE v. UNITED STATES; OROZCO-TARIN v. UNITED STATES; PONCE-AVILLAS v. UNITED STATES; and RAMIREZ-ALVARADO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8233. BASHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–8234. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–8237. PEREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8238. AYALA-MORENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8239. BRYAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8241. LIBRETTI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.